UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND, et al,

Plaintiffs,

v.                                                                        Case No. 21-cv-285

STEEL ROCK COMMERCIAL LLC,

Defendant.

## ORDER AND ENTRY OF JUDGMENT

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.      Defendant Steel Rock Commercial LLC have failed to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a).

2.      Defendant Steel Rock Commercial LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds and Union.

3.      Due to Defendants' failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, attorney fees and costs.

4.      Plaintiffs concede that North Central States Regional Council of Carpenters Vacation Fund cannot prevail on its claim, so that plaintiff is DISMISSED.

5.      Based on the affidavits and declaration submitted by Plaintiffs in support of default judgment, the Court assesses the following damages:

- Contributions in the amount of $8,792.61;

- Liquidated damages in the amount of $1,736.88;

- Interest in the amount of $2,314.54;

- Attorney Fees in the amount of $2,538.00; and

- Costs of prosecution in the amount of $439.50.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, North Central States Regional Council of Carpenters Health Fund, North Central States Regional Council of Carpenters Training Fund, Labor Management Cooperative Trust Fund, Jerry Shea (in his capacity as Trustee), North Central States Regional Council of Carpenters, and Contract Administration Fund, and against Defendant Steel Rock Commercial LLC in the amount of $15,821.53 together with interest at the rate allowed by law.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter judgment in Steel Rock's favor on the claim of North Central States Regional Council of Carpenters Vacation Fund.

Entered this ___11TH___ day of ___JANUARY___, 2021.

BY THE COURT:

_Jams D. Peterson_

JAMES D. PETERSON
District Judge

Judgment is entered this 12th day of January, 2022.
s/ R. Swanson, Deputy Clerk
Peter Oppeneer, Clerk of Court